**Hovsep MURADYAN, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 05–70569.

United States Court of Appeals, Ninth Circuit.

Submitted March 12, 2007.\*

Filed March 15, 2007.

Hovsep Muradyan, N. Hollywood, CA, pro se.

CAC–District Counsel, Esq., Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department Of Homeland Security, San Francisco, CA, David V. Bernal, Attorney, Anthony P. Nicastro, Esq., DOJ—U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent,

Before: KOZINSKI, LEAVY, and BYBEE, Circuit Judges.

MEMORANDUM \*\*

Hovsep Muradyan, a native and citizen of Armenia, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order affirming an immigration judge's ("IJ") decision denying his applica-

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

tion for asylum, withholding of removal and protection under the Convention Against Torture.

The government's unopposed motion to remand is granted for the BIA to clarify its decision in light of 8 C.F.R. § 1003.1(d)(3)(I), which provides that the BIA will not engage in de novo review of an IJ's findings of fact.

Accordingly, this petition for review is granted.

**PETITION FOR REVIEW GRANTED; REMANDED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.